PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 2:17-MJ-0183 DB |
|---|---|
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| FNU LNU, aka Hiram Enrique Velez | **UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and affidavit in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless and until the defendant's arrest or further order of this Court.

Dated: October 13, 2017

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

SEALING ORDER 1